UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20070-CIV-MARTINEZ-GOODMAN

BRADFORD SOHN,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Defendant Medicredit, Inc. and Plaintiff Bradford Sohn, by and through counsel, hereby notify the Court that the parties have reached an agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement administration. The parties intend to file a Stipulation of Dismissal With Prejudice of this action with the Court within thirty days.

Respectfully submitted this 10th day of April, 2017.

| | |
|---|---|
| */s/ Edward Dabdoub* | */s/ Paul De Boe* |
| Edward P. Dabdoub, Esq. | Paul De Boe, Esq. |
| Florida Bar No. 45685 | Florida Bar No.: 52051 |
| eddie@longtermdisability.net | paul.deboe@ogletreedeakins.com |
| WAGAR DABDOUB, P.A. | OGLETREE, DEAKINS, NASH, |
| 1600 Ponce de Leon Blvd. | SMOAK & STEWART, P.C. |
| Suite 1205 | 701 Brickell Avenue, Suite 1600 |
| Coral Gables, FL 33134 | Miami, Florida  33131 |
| Telephone: 305.754.2000 | Telephone:  305.374.0506 |
| Facsimile:  305.754.2007 | Facsimile:   305.374.0456 |
| | |
| *Counsel for Plaintiff, Bradford Sohn* | *Counsel for Defendant, Medicredit, Inc.* |