# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

BRADFORD SOHN,

    Plaintiff,                                          **Case No. 1:17-cv-20070-JEM**

v.

MEDICREDIT, INC.,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Dated: April 26, 2017                            Respectfully submitted,

| WAGAR DABDOUB, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Edward P. Dabdoub | /s/ Paul De Boe |
| Edward P. Dabdoub | Paul J. De Boe |
| 1600 Ponce de Leon Blvd. | Florida Bar Number 52051 |
| Suite 1205 | 701 Brickell Avenue, Suite 1600 |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Tel: 305-754-2000 | Tel: 305-374-0506 |
| Fax: 305-754-2007 | Fax: 305-374-0456 |
| eddie@longtermdisability.net | paul.deboe@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Edward P. Dabdoub