UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **17-20070-CIV-MARTINEZ-GOODMAN**

BRADFORD SOHN,
    Plaintiff,

vs.

MEDICREDIT, INC.,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal with Prejudice [ECF No. 17]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear their own costs and attorney's fees. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of July, 2017.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record